## The People of the State of Illinois ex rel. Josephine Zebert, Defendant in Error, v. Felix J. Lubin, Plaintiff in Error.

### Gen. No. 22,068. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HARRY M. FISHER, Judge, presiding. Heard in this court at the March term, 1916. Affirmed. Opinion filed May 29, 1916.

### Statement of the Case.

Prosecution for bastardy by the People of the State of Illinois *ex rel.* Josephine Zebert, plaintiff, against Felix J. Lubin, respondent. To reverse a judgment for plaintiff, respondent prosecutes a writ of error.

The testimony of the complaining witness was that respondent had intercourse with her at Indiana Harbor December 31, 1913, and also some time before Christmas of the same year at the house of Mrs. Gilson, where she was employed. Respondent testified that he did not have intercourse with the complaining witness at any time, and the evidence tended to show that he was not at Indiana Harbor at the time the complaining witness testified that he had intercourse with her there. The testimony of Mrs. and Mr. Gilson was that a week or two before Christmas respondent came to their house and they went to a show leaving the respondent and complaining witness alone in the house.

Two witnesses other than respondent testified to having intercourse with the complaining witness. They were contradicted by her, and it was testified that one of them admitted that his statement was false and that he wanted to help respondent.

SAMUEL J. RICHMAN, for plaintiff in error.

MACLAY HOYNE, for defendant in error; EDWARD E. WILSON, of counsel.

MR. JUSTICE BAKER delivered the opinion of the court.

## Abstract of the Decision.

BASTARDS, § 22*—*when evidence sufficient to sustain judgment for plaintiff.* In a prosecution for bastardy, evidence held sufficient to sustain a judgment for the plaintiff.

George J. Williams, Plaintiff in Error, v. C. A. Wrigley, Defendant in Error.

### Gen. No. 22,097.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH P. RAFFERTY, Judge, presiding. Heard in this court at the March term, 1916. Affirmed. Opinion filed May 29, 1916.

## Statement of the Case.

Action by George J. Williams, plaintiff, against C. A. Wrigley, defendant, for rent under a written lease. To reverse a judgment of *nil capiat,* plaintiff prosecutes a writ of error.

GEORGE J. WILLIAMS, *pro se.*

C. E. FERGUSON, for defendant in error.

MR. JUSTICE BAKER delivered the opinion of the court.

## Abstract of the Decision.

1. APPEAL AND ERROR, § 1752*—*when judgment affirmed because of defective abstract.* Where grounds for reversal of a judgment relate solely to a written lease which the abstract fails to set out, judgment will be affirmed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.